UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO KENDALL,<br><br>       Plaintiff,<br><br>     -v.-<br><br>IAN SCHRAGER CO. and IAN SCHRAGER,<br>       Defendants. | 25 Civ. 3688 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff Ricardo Kendall brought this action on May 2, 2025.  *See* ECF No. 1.  On July 2, 2025, Defendants Ian Schrager Co. and Ian Schrager moved to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  *See* ECF No. 8.  On July 23, 2025, Plaintiff filed an amended complaint.  *See* ECF No. 13.  Accordingly, Defendant's motion to dismiss the complaint, ECF. No. 8, is hereby DENIED as moot.

  The Clerk of Court is directed to terminate ECF No. 8.

  SO ORDERED.

Dated: August 5, 2025
    New York, New York

                     *[signature]*
                     JENNIFER H. REARDEN
                     United States District Judge